*Certiorari Granted.* (*See also No. 453, supra.*)

Nos. 663 and 664. STANDARD OIL COMPANY OF NEW JERSEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Edwin S. Murphy* and *Ira A. Campbell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Leavenworth Colby* for the United States.

No. 710. LIBBY, MCNEILL & LIBBY *v.* UNITED STATES. Court of Claims. Certiorari granted. *Edward G. Dobrin* and *Stanley B. Long* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Leavenworth Colby* for the United States.

No. 766. BAILEY *v.* RICHARDSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Thurman Arnold, Abe Fortas, Paul A. Porter* and *Milton V. Freeman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 429, Misc. WHELCHEL *v.* MCDONALD, WARDEN. C. A. 5th Cir. Certiorari granted. *Hugh Carney* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for respondent.

No. 545, Misc. GUSIK *v.* SCHILDER, WARDEN. C. A. 6th Cir. Certiorari granted. *Morris Morgenstern, Bernard B. Direnfeld, Leo Chimo, Francis Picklow* and *Marvin L. Shaw* for petitioner. *Solicitor General Perlman* for respondent.